Giovanni Orantes, Esq. 190060
ORANTES LAW FIRM
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Tel: (213) 389-4362
Fax: (877) 789-5776

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>PATRICIA ANNE CAMPBELL<br><br>Debtor | Case No. 09-27412-MT<br><br>Chapter 7 Proceeding<br><br>**DECLARATION RE ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o) [MOTION FOR ORDER TO ABANDON]**<br><br>**[Fed. R. Bankr. P. 2007; Local Bankr. Rule 9013-1(o)]**<br><br>[No Hearing Required] |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:

///

///

///

///

I, Giovanni Orantes, declare as follows:

1. I am over the age of eighteen years and I am not a party to this action. I am a duly licensed attorney in the state of California and am a member of the bar of this Court. My business address is 3435 Wilshire Blvd., 27th Floor, Los Angeles, CA 90010.

2. On October 12, 2009, I served the NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE TO ABANDON DEBTOR'S BUSINESS KNOWN AS "POWER PROCESSING PLUS" (the "Motion")

3. A copy of the motion and the notice thereof is attached hereto as Exhibit "1."

4. Pursuant to Local bankruptcy Code 9013-1(o), the motion was served by mail on October 12, 2009 together with a notice stating that any party objecting to the motion has 15 days within which to file and serve a written objection and request a hearing on the above motion.

5. More than 15 days have passed since the service of the Motion.

6. No objection has been timely served on the Movant at the address specified in the notice. Therefore, no hearing is required.

7. The proposed Order is being uploaded concurrently hereto and a copy is being served on the Court.

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

Date: November 3, 2009

_____
Giovanni Orantes

-2-

# Exhibit 1

```
1  GIOVANNI ORANTES – State Bar No. 190060
   ORANTES LAW FIRM
2  3435 Wilshire Blvd. 27th Floor
   Los Angeles, CA 90010
3  Telephone: (888) 619-8222 x101
   Facsimile: (877) 789-5776
4
   Attorney for Debtor
5
```

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANNE CAMPBELL<br><br>Debtor | Case No. 09-27412-MJ<br><br>Chapter 7 Proceeding<br><br>**NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE TO ABANDON DEBTOR'S BUSINESS KNOWN AS "POWER PROCESSING PLUS"**<br><br>[No Hearing Required - Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE MEREDITH JURY, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE APPOINTED TO THIS CASE, THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

Patricia Anne Campbell (hereinafter referred to as the "Debtor") will and hereby moves the Court for an order granting Debtor's Motion for an Order Compelling Chapter 7 Trustee to Abandon Debtor's Business known as Power Processing Plus (the "Motion").

This Motion is based on the Memorandum of Points and Authorities set forth hereinbelow, the Declarations of Patricia Anne Campbell appended hereto, all pleadings, papers, schedules and

records on file with the Court and such other evidence, oral or documentary, as may be presented to the Court at the hearing on the Motion.

     IF YOU DO NOT OPPOSE THE MOTION DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)(1), ANY RESPONSE AND REQUEST FOR HEARING MUST BE FILED WITH THE COURT AND SERVED ON THE MOVANT AND THE UNITED STATES TRUSTEE WITHIN 15 DAYS AFTER THE DATE OF SERVICE OF THE NOTICE. YOU MUST FILE YOUR OPPOSITION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 3420 12TH STREET, RIVERSIDE, CA 92501. YOU MUST SERVE A COPY OF YOUR RESPONSE TO THE MOTION AND REQUEST FOR A HEARING UPON THE DEBTOR'S COUNSEL AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT-HAND CORNER OF THE CAPTION PAGE OF THIS NOTICE; AND, UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 3685 MAIN STREET, SUITE 300, RIVERSIDE, CA 92501. ANY FAILURE TO TIMELY FILE AND SERVE OPPOSITION MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED.

     WHEREFORE, the Debtor respectfully requests that this Court enter an order granting the relief set forth above.

DATED: October 10, 2009

ORANTES LAW FIRM

By: _____
Giovani Orantes
Attorneys for Debtors

-1-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

The Debtor operates a business as "Power Processing Plus." Her business is to design and publish marketing newsletters for the mortgage industry. She either sends them to the mortgage broker or provides mailing services for them. In the ordinary course of her business, she employs personal property with an estimated value of $6,700 to provide goods and services to clients. She has properly claimed all such personal property as exempt. This leaves no equity in such property for the estate. Therefore, her business is of inconsequential value to the estate. Nevertheless, the Debtors wishes to attempt to continue making a living with this business and requests that the Court enter an order compelling the Chapter 7 Trustee, Robert L. Goodrich, to abandon such property.

## II.

## FACTUAL BACKGROUND

1. Patricia Anne Campbell is the debtor in the above-captioned Chapter 7 case.

2. Debtor is self-employed and does business as "Power Processing Plus" in a location at 41775 Elm Street, Suite 101, Murrieta, CA 92562. Her business is to design and publish marketing newsletters for the mortgage industry. She either sends them to the mortgage broker or provides mailing services for them. She has operated the business since 1991.

3. Debtor scheduled the values of the personal property she uses to conduct her business as her tools of the trade at $6,700, all of which have been properly claimed as exempt in the Debtor's Schedule C.

4. As of the date of this Motion, the duly appointed Trustee, Robert L. Goodrich, has not administered such business or the property of such business.

5. The business known as Power Processing Plus is therefore of inconsequential value to the estate in that there is no equity in such property in excess of the debtor's exemptions.

1  6.  Obtaining an order of abandonment is in the Debtor's best interest as it will
2  allow her to protect the business and the property of such business and continue to attempt to
3  make a living.

4  ### III.

5  ### THE COURT HAS AUTHORITY TO ORDER THE TRUSTEE TO ABANDON THE
6  ### PROPERTY OF THE DEBTOR'S BUSINESS AND SHOULD DO SO HERE.

7  11 USC § 554 (Abandonment of property of the estate) provides in pertinent part as
8  follows:

9  (b) On request of a party in interest and after notice and a hearing, the court may order
10 the trustee to abandon any property of the estate that is burdensome to the estate or that is of
11 inconsequential value and benefit to the estate.
12 11 U.S.C. § 554(b).

13  In the instant case, the assets the Debtor uses for her business are fully exempt.
14 Therefore, they are of inconsequential value and benefit to the estate and should be abandoned
15 to allow the Debtor to continue to make a living with her business.

16  ### IV.

17  ### CONCLUSION

18  In conclusion, good cause is shown for the Debtor's request that the Court to grant an
19 Order:

20  1.  Compelling the Chapter 7 Trustee to Abandon the business known as Power
21 Processing Plus and all of the personal property used therein;

22  2.  Such other and further relief as the court deems just and proper.

23
24 DATED: October 10, 2009                ORANTES LAW FIRM

25                                        By: _____
26                                        Giovanni Orantes
                                          Attorney for Debtor
27
28

-3-

## DECLARATION OF PATRICIA ANNE CAMPBELL

I, Patricia Anne Campbell, hereby declare and state as follows:

1. I am over 18 years of age and am the debtor in the Chapter 7 proceeding, Case No. 09-27412-MJ. Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if called as a witness, could and would testify thereto.

2. I am self-employed and operate the business known as Power Processing Plus located at 41775 Elm Street, Suite 101, Murrieta, CA 92562. My business is to design and publish marketing newsletters for the mortgage industry. I either send them to the mortgage broker or provide mailing services for them. I have operated the business since 1991.

3. I listed the values of the personal property I use to conduct my business as my tools of the trade at $ 6,700, all of which have been properly claimed as exempt. A true and correct copy of my Schedule is attached hereto as Exhibit "1."

4. As of the date of this Motion, the duly appointed Trustee, Robert L. Goodrich, has not administered such business or the property of such business.

5. The business known as Power Processing Plus is therefore of inconsequential value to the estate in that there is no equity in such property in excess of the debtor's exemptions.

6. It is my desire to protect the business assets and the property of such business. Obtaining an order of abandonment is in the Debtor's best interest as it will allow me to protect the business and the property of such business and continue to attempt to make a living.

EXECUTED this 12th day of October 2009, at Murrieta, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Patricia Anne Campbell*
Patricia Anne Campbell

-4-

*Exhibit 1*

B6C (Official Form 6C) (12/07)

In re  Patricia Anne Campbell  
Debtor

Case No. 09-27412-MJ

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** 3 bedrooms, 3.25 bath single family residence located at 24990 Tyler Place, Murrieta CA Market Value is Estimate. | C.C.P. § 704.730 | 48,696.83 | 440,000.00 |
| **Household Goods and Furnishings** 3 tables, 1 coffee table, 1 camera, 1 side table, 7 lamps, 6 nightstands, 1 love seat, 16 chairs, 1 christmas tree, 1 shredder, 1 china closet, 1 set of china, 1 set of silverwear, 1 area rug, 2 candelabras, 3 beds, 2 dressers 1 washer, 1 dryer, 2 bar stools, 4 radios, 1 mirror, 2 televisions, 1 cabinet, 5 computers( from business), 1 VCR/DVD, 1 set of dishes, 1 set of cookware, 1 vacuum cleaner, 1 iron, 1 set of tools, 1 drill motor, 1 otoman, 1 couch, assorted books, 1 spinning wheel - each of the foregoing items has a value of $500 or less. | C.C.P. § 704.020 | 4,000.00 | 4,000.00 |
| **Wearing Apparel** Clothing, (2 1970's furs), shoes and accessories for one person. Location: 24990 Tyler Place, Murrieta CA | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** Assorted jewelry. Location: 24990 Tyler Place, Murrieta CA | C.C.P. § 704.040 | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** Life Insurance Policy | C.C.P. § 704.100 | 4,224.00 | 4,224.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** Cutter, 20 file cabinets, 4 little cabinets, 3 desks, 3 shredders, 4 work tables, 3 credenzas, 6 computers, 7 printers, 1 copy machine, 1 table w/5 chairs, plastic patio table w/4 chairs, electric fire place, big sam for warehouse, handtruck( forklift but not motorized) storage rack, 2 small fridges, 2 microwaves, 1 vaccuum, 2 fax machines, 4 scanners, 2 wooden file cabinets, 1 bookshelf, 11 phones | C.C.P. § 704.060 | 6,700.00 | 6,700.00 |

Total: 66,620.83    457,924.00

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | | CHAPTER 7 |
|---|---|---|
| Patricia Anne Campbell | | |
| | Debtor(s). | CASE NUMBER 09-bk27412 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Orantes Law Firm**
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document described **Notice of motion and motion for an order compelling chapter 7 trustee to abandon debtor's business known as "Power Processing Plus"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _October 12, 2009_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Robert L Goodrich
office@rlgoodrichlaw.com, rgoodrich@ecf.epiqsystems.com

Giovanni Orantes on behalf of Debtor Patricia Campbell
go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com

Miguel A Ortiz on behalf of Creditor Bank of the west
mortiz@grahamvaagelaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _October 12, 2009_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   F 9013-3.1

| In re: | | CHAPTER 7 |
|---|---|---|
| Patricia Anne Campbell | | |
| | Debtor(s). | CASE NUMBER 09-bk27412 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 12, 2009** | **Andrea Castro** | [signature] |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    F 9013-3.1

# Patricia Campbell
# Bankruptcy No. 09-BK-27412-MJ
## Service List

| | | |
|---|---|---|
| Advantage CDC<br>11 Golden Shore, Ste. 630<br>Long Beach, CA 90802 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | American Express<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 |
| Bac Home Lns Lp/ctrwd<br>450 American St<br>Simi Valley, CA 93065 | Bank of America Home Loans<br>Attn: Customer Service<br>po box 5170<br>Simi Valley, CA 93062-5170 | Bank of the West<br>300 South Grand<br>SC-Cal-05-8<br>Los Angeles, CA 90071 |
| Chase<br>PO BOX 78067<br>Phoenix, AZ 85062 | Chase Auto<br>201 North Walnut Street<br># De1-10<br>Wilmington, DE 19801 | Chase Manhattan<br>Attn: Bankruptcy SV-314B<br>P.O. Box 5170<br>Simi Valley, CA 93062 |
| City of Murrieta<br>1 town Square<br>24601 Jefferson ave.<br>Murrieta, CA 92562 | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street - 9th Fl. East<br>New York, NY 10286 | Countrywide Home Lending<br>Attn: Bankruptcy SV-314B<br>P.O. Box 5170<br>Simi Valley, CA 93062 |
| Elm Street park property owners<br>41870 Kalmia st. # 120<br>Murrieta, CA 92562 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal revenue services<br>po box 105416<br>Atlanta, GA 30348-5416 |
| IRS<br>Internal Revenue Service<br>Ogden, UT 84201-0030 | Mauzy Management inc<br>for Elm Street Business Park Assoc.<br>Remittance processing<br>po box 45460<br>San Francisco, CA 94145-0460 | Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956-1005 |
| Riverside County Treasurer<br>Don Kent<br>PO Box 12005<br>Riverside, CA 92502-2205 | Riverside County Treasurer<br>4080 Lemon Street<br>Riverside, CA 92501 | Riverside County Treasurer<br>40935 County Center Drive<br>Suite C<br>Temecula, CA 92591 |
| United States Trustee<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | Wells fargo Business Direct<br>Po box 348750<br>Sacramento, CA 95834 | Robert L. Goodrich<br>22365 Barton Road<br>Suite 220<br>Grand Terrace, CA 92313 |