Giovanni Orantes, Esq. 190060
ORANTES LAW FIRM
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Tel: 213-389-4362
Fax: 877-789-5776

FILED & ENTERED

NOV 05 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re

PATRICIA ANNE CAMPBELL

Debtor

Case No. 09-27412-MJ

Chapter 7 Proceeding

**ORDER GRANTING MOTION FOR ORDER TO ABANDON**

The Court, having read and considered the NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE TO ABANDON DEBTOR'S BUSINESS KNOWN AS "POWER PROCESSING PLUS" (the "Motion"), and Declaration in Support Thereof filed by Patricia Anne Campbell( the "Debtor"), and good and sufficient cause appearing therefor,

**ORDERS** that:

1. The Motion is GRANTED;

1

2       2.  The Debtor's business known as "POWER PROCESSING PLUS" is hereby

3       abandoned to the Debtor pursuant to 11 U.S.C § 554.

4

5                                           ####

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DATED: November 5, 2009    _____
                                              United States Bankruptcy Judge

27

28

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR ORDER TO ABANDON was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING NEF** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/8/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robert L Goodrich
  office@rlgoodrichlaw.com, rgoodrich@ecf.epiqsystems.com
- Giovanni Orantes    go@gobklaw.com , gorantes@orantes-law.com , cmh@gobklaw.com
- Miguel A Ortiz on behalf of Creditor Bank of the west
  mortiz@grahamvaagelaw.comJohn D Schlotter  bkmail@mrdefault.com
- United States Trustee (RS)
  ustpregion16.rs.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

None

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: