**FILED**

NOV 4, 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - <u>11 U.S.C. Section 362 MOTIONS</u>    28

CASE NO. RS09-27412 MJ    DATE <u>NOV 4, 2009</u>
CHAPTER <u>7</u>

TITLE <u>BANK OF THE WEST VS  CAMPBELL</u>

**Hon. Meredith A. Jury, Bankruptcy Judge**

SERVICE:    ( ) Good    ( ) Defective    ( ) Proof Not Filed

<u>Attorney(s) for Moving Party</u>    <u>Attorney(s) for Responding Party</u>

_____Citz±_____    _____

_____    _____

( ) Use electronically lodged order (EL)
( ) Modifications to ELO:_____
(√) No Appearance; OFF CALENDAR (relief denied pending recalendaring)
(X) Default    ( ) After Hearing    ( ) By Stipulation

   (X) Stay terminates forthwith / on _____
   ( ) Stay is annulled, subject to _____
   ( ) Stay terminates, no foreclosure sale before _____
   ( ) Stay remains in effect subject to adequate protection order:

      ( ) Payment by cashier's check or equivalent at movant's
      attorney's office of $_____ on or before _____
      ( ) Make current payments when due effective _____

         ( ) grace period per note    ( ) no grace period

      ( ) Upon breach of condition, movant shall give respondent and
      counsel written notice that the breach must be cured within
      10 days. A maximum of ____ such letters must be given.
      If not cured, movant shall prepare, serve and submit to the court
      a declaration re failure to cure and proposed order for relief.
   ( ) $_____ per letter.
   ( ) 4001(e) is <u>not</u> waived.
   ( ) Order binding for six months.
   ( ) This is a "chapter 20" order. A subsequent chapter 13 is
      anticipated
( ) OTHER:_____

(X) Order to be submitted    ( ) to be lodged    (X) no lodgement necessary
   ( ) Walk through

( ) Off Calendar

( ) Hearing continued on motion of ( ) Movant ( ) Respondent ( ) Both
   to _____ at _____.M. for

   ( ) preliminary hearing ( ) final hearing. Stay remains in effect.
   ( )  Notice waived    ( ) _____ to give notice